In the Matter of the Dissolution of ENGINEERS' COUNTRY CLUB, INC., Respondent, Pursuant to Article VIII of the Membership Corporations Law. HENRY M. WHITE, INC., Appellant.— Order granting injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of HOWARD WATKINS KUNKEL, as Executor, etc., of RUFUS J. KUNKEL, Deceased. HOWARD WATKINS KUNKEL, as Executor, etc., and Another, Appellants; EMILY K. KUNKEL, Respondent.— Order of the Surrogate's Court of Queens county unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Petition of WALTER J. LAWRENCE, Respondent, for the Determination of the Amount of Damages Sustained by Him by Reason of the Change of Grade of the Public Highway Known as the Boston Post Road, in the Village of Mamaroneck, Westchester County, New York, Appellant.*— Order denying motion to dismiss the proceeding and appointing commissioners to ascertain and determine damage affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

ARTHUR J. McCORMICK, Plaintiff, v. ELECTRIC HOUSEHOLD STORES, INC., Respondent, Impleaded with HURLEY MACHINE COMPANY, Defendant, and LOVELL MANUFACTURING COMPANY, Appellant.— Order denying motion of defendant Lovell Manufacturing Company to vacate and set aside an order directing that it be brought in as a party defendant affirmed, without costs, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

MAUDE McCORMICK, Plaintiff, v. ELECTRIC HOUSEHOLD STORES, INC., Respondent, Impleaded with HURLEY MACHINE COMPANY, Defendant, and LOVELL MANUFACTURING COMPANY, Appellant.— Order denying motion of defendant Lovell Manufacturing Company to vacate and set aside an order directing that it be brought in as a party defendant affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.